IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALLISON BENNETT                                                    PLAINTIFF

VS.                           CASE NO. 4:21-CV-00943-JM

BOSTON SCIENTIFIC CORPORATION                                      DEFENDANTS

ORDER

The Court has considered Defendant's motion to dismiss (Doc. No. 4). While the Court would be well within its discretion to grant the motion without allowing Plaintiff leave to amend her complaint,[1] the Court will give Plaintiff until February 11, 2022 to amend her complaint and to state with particularity the factual basis for her claims that the statute of limitations has been tolled by the discovery rule and by fraudulent concealment. *See* Fed. R. Civ. P. 9(b); *Summerhill v. Terminix, Inc.*, 637 F.3d 877, 880 (8th Cir. 2011); *Olson v. Amatuzio*, 799 F. App'x 433, 437 (8th Cir.), *cert. denied,* 141 S. Ct. 255, 208 L. Ed. 2d 26 (2020). The motion to dismiss is denied at this time.

IT IS SO ORDERED this 1st day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See Clayton v. White Hall Sch. Dist*., 778 F.2d 457, 460 (8th Cir. 1985) (no abuse of discretion in failing to grant leave to amend where appellant merely concluded response to motion to dismiss with request for leave to amend, and did not offer proposed complaint or even substance of proposed amendment to court).