IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLISON BENNETT**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　**NO. 4:21CV000943**

**BOSTON SCIENTIFIC CORPORATION**　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed with prejudice. All relief sought is denied, and the case is closed.

Dated this 18th day of April, 2023.

_____
James M. Moody Jr.
United States District Judge